**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**CIVIL MINUTES - GENERAL**

Case No.   <u>CV 08-8643-GAF(VBKx)</u>                        Date: <u>January 26, 2009</u>

Title:     <u>Brenen Chases -vs- United States of America Bureau of Prisons</u>

================================================================
PRESENT: HON. <u>AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE</u>

    <u>Daphne Alex</u>                    <u>None</u>
    Deputy Clerk                     Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
None present                                None present

**PROCEEDINGS:** (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW CAUSE HEARING BEFORE THE CHIEF JUDGE

    On January 13, 2009, this Court issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed.  Counsel have failed to comply with that Order of Court.

    IT IS HEREBY ORDERED that counsel appear in person before Chief Judge AUDREY B. COLLINS, on **Monday, February 23, 2009, at 10:00am**, Courtroom 680, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

    A written response to this Order to Show Cause shall be filed no later than <u>February 17, 2009</u>.  **Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.**

    The Clerk shall serve this minute order on all parties/counsel in this action.


cc: Judge Feess

                                                                   ____ : _____
                                          Initials of Deputy Clerk: <u>  da  </u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 08-8643-GAF(VBKx)                    Date: January 26, 2009

Title:    Brenen Chases -vs- United States of America Bureau of Prisons

================================================================
PRESENT: HON. AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE

        Daphne Alex                    None
        Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
             WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW
             CAUSE HEARING BEFORE THE CHIEF JUDGE

     On January 13, 2009, this Court issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed.  Counsel have failed to comply with that Order of Court.

     IT IS HEREBY ORDERED that counsel appear in person before Chief Judge AUDREY B. COLLINS, on **Monday, February 23, 2009, at 10:00am**, Courtroom 680, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

     A written response to this Order to Show Cause shall be filed no later than **February 17, 2009**.  **Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.**

     The Clerk shall serve this minute order on all parties/counsel in this action.


cc: Judge Feess

                                                        ____ : _____
                                     Initials of Deputy Clerk:   da

---

CV-90 (06/04)              **CIVIL MINUTES-GENERAL**              Page 1 of 1